UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HENRY FLAKE,**

    **Plaintiff,**

vs.

**LIBERTY MUTUAL FIRE INSURANCE COMPANY,**

    **Defendant.**

_____/

State Court Case No.: 2023-CA-012291-O
Federal Court Case No._____

## DEFENDANT'S NOTICE OF REMOVAL

COMES NOW, the Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty Mutual"), pursuant to 28 U.S.C. §§ 1332, 1441, 1446, files this Notice of Removal ("Notice") of this action from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida to the United States District Court for the Middle District of Florida, Orlando Division, and in support of removal states:

### INTRODUCTION

1. The Plaintiff, Henry Flake, served his initial Complaint for Breach of Contract against Liberty Mutual, on June 2, 2023 in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida. The Plaintiff alleges that Liberty Mutual breached the contract by failing to acknowledge coverage for the loss and/or acknowledging that payment would be forthcoming and/or making any

payment of insurance proceeds to the insured. *See* Plaintiff's Complaint, ¶18, a copy of which is contained within the State Court file attached as Exhibit "1."

2. This Court has jurisdiction over this removed action pursuant to 28 U.S.C. § 1441. This breach of contract action could have been filed in this Court pursuant to 28 U.S.C. § 1332 because it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. *See* 28. U.S.C. § 1332.

3. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders and other papers or exhibits filed in the State Court are attached as Exhibit "1."

## DIVERSITY OF CITIZENSHIP EXISTS

4. The Plaintiff, Henry Flake, was now and was at the time of the filing of the Complaint, a citizen of the State of Florida. *See* Plaintiff's Complaint, ¶ 2. *See also* Orange County Property Appraiser records indicating Plaintiff's homestead status, attached as Exhibit "2."

5. Liberty Mutual is now, and was at the time of the filing of the Complaint, an Illinois corporation, with its principal place of business in Boston, Massachusetts. Thus, Liberty Mutual is a citizen of Illinois and Massachusetts. *See* 28 U.S.C. § 1332(c)(1).

## THE AMOUNT IN CONTROVERSY REQUIREMENT IS MET

6. Plaintiff's Complaint seeks damages "in excess of $50,000.00, exclusive of attorney fees, costs, and interest." *See* Plaintiff's Complaint, ¶ 1.

7. Prior to the lawsuit being filed, Plaintiff's counsel sent Liberty Mutual a Notice of Intent to Initiate Litigation with a demand that Plaintiff seeks to recover in connection with this claim. The Notice of Intent to Initiate Litigation lists a pre-suit settlement demand in the amount of $230,804.00. Attached to the Notice of Intent to Initiate Litigation was an estimate prepared by Pelican Property Solutions that the Plaintiff seeks to recover in connection with this claim. The estimate totals $230,803.86. A copy of the Notice of Intent and estimate are attached as Exhibit "3."

8. Therefore, the amount in controversy in this matter is in excess of the $75,000.00 jurisdictional limits of the Court. *See* 28 U.S.C. § 1332(a).

## REMOVAL IS OTHERWISE PROPER

9. Liberty Mutual was served with Plaintiff's initial Complaint on June 2, 2023.

10. 28 U.S.C. § 1446(b)(1) states "The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter."

11. This Notice has been filed within 30 days of service and therefore is timely pursuant to 28 U.S.C. § 1446(b)(1), 28 U.S.C. § 1446(b)(3), and 28 U.S.C. § 1446(c)(1).

12. Venue exists in the Middle District of Florida, Orlando Division, because the Circuit Court of the Ninth Judicial Circuit in and for Orange County is located within this District and Division.

13. Written notice of the filing of the Notice of Removal will be promptly served on Plaintiff's Counsel, and a copy will be promptly filed with the Clerk of the Circuit Court for Orange County, Florida, pursuant to 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal to Federal Court is attached as Exhibit "4."

WHEREFORE, the Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removes this action from the Circuit Court of Orange County, Florida to this Court.

Respectfully submitted,

*/s/ Michael Lenhardt, Esquire*
MICHAEL F. LENHARDT, ESQUIRE
Fla. Bar No. 93234
mlenhardt@tlsslaw.com
**Lead/Trial Counsel**
Traub Lieberman Straus & Shrewsberry, LLP
55 First Street South
St. Petersburg, Florida 33701
(727) 898-8100 - Telephone
(727) 895-4838 - Facsimile
Attorney for Defendant, Liberty Mutual

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on ***June 29, 2023,*** I electronically filed the foregoing with the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to Joshua Lopez, Esq., Julie Geary, Esq., Your Insurance Attorney, PLLC., 2300 Maitland Center Parkway, Suite 122, Maitland, Florida 32751 at jlopez@yourinsuranceattorney.com, YIA15@yourinsuranceattorney.com and eservice@yourinsuranceattorney.com.

*/s/ Michael F. Lenhardt, Esquire*
MICHAEL F. LENHARDT, ESQUIRE
Fla. Bar No. 93234
STEVEN A. HOLLIS, ESQUIRE
Fla. Bar No. 1018063
Traub Lieberman Straus & Shrewsberry LLP
55 First Street South
St. Petersburg, Florida 33701
(727) 898-8100
(727) 895-4838 - fax
*Primary email:* dboyle@tlsslaw.com
Attorneys for Defendant