**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**HENRY FLAKE,**

        **Plaintiff,**

v.                                                                                          Case No: 6:23-cv-1204-PGB-EJK

**LIBERTY MUTUAL FIRE
INSURANCE COMPANY,**

        **Defendant.**
_____/

**ORDER**

This cause is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice, filed May 3, 2024. (Doc. 29). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Liberty Mutual Fire Insurance Company are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on May 3, 2024.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

2

Counsel of Record
Unrepresented Parties

Case 6:23-cv-01204-PGB-E_K    Document 30    Filed 05/03/24    Page 2 of 2 PageID 393